Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Z. Kathryn Branson
Nevada Bar No. 11540
katy.branson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants C. Martin Company, Inc. and John Price*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NECO MURRAY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC ARCHITECTS AND ENGINEERS, INC., a foreign corporation, C. MARTIN COMPANY, a foreign corporation, JOHN PRICE, individually and in his capacity; JOHN CASTLE, individually and in his capacity; DOES 1-10, and ROE Corporations A through Z, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-00087-GMN-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

Defendants C. Martin Company, Inc. (incorrectly identified as C. Martin Company) ("C. Martin") and John Price ("Price") (collectively, the "C. Martin Defendants"), Defendant Pacific Architects and Engineers, Inc. ("Pacific Architects") and Plaintiff Neco Murray ("Murray"), by and through their respective undersigned counsel, hereby agree to reschedule the Early Neutral Evaluation ("ENE"), which is currently set for May 27, 2015 at 9:30 a.m. (Doc. 17).  The C Martin Defendants' counsel is scheduled to be out of the country on the date currently set for the ENE.

Accordingly, the parties are respectfully requesting that the ENE be rescheduled to July 22,

2015 at 9:30 a.m., as all parties and representatives are available on that date.

| DATED this 18th day of March, 2015. | DATED this 18th day of March, 2015. |
|---|---|
| SHUMWAY VAN & HANSEN, CHTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Kevin R. Hansen | /s/ Z. Kathryn Branson |
| Kevin R. Hansen<br>Nevada Bar No. 6336<br>Travis J. Robertson<br>Nevada Bar No. 13387<br>5440 W. Sahara Avenue, Suite 206<br>Las Vegas, Nevada  89146<br>*Attorneys for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Z. Kathryn Branson<br>Nevada Bar No. 11057<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, Nevada  89169<br>*Attorneys for Defendants C. Martin Company, Inc. and John Price* |
| DATED this 18th day of March, 2015. | DATED this 18th day of March, 2015. |
| RYAN ALEXANDER, CHTD. | FISHER & PHILLIPS, LLP |
| /s/ Ryan Alexander | /s/ Scott M. Mahoney |
| Ryan Alexander<br>Nevada Bar No. 10845<br>3017 W. Charleston Blvd., Suite 58<br>Las Vegas, Nevada  89102<br>*Attorneys for Plaintiff* | Scott M. Mahoney<br>Nevada Bar No. 1099<br>3800 Howard Hughes Parkway, Suite 950<br>Las Vegas, Nevada  89169<br>*Attorneys for Defendant Pacific Architects and Engineers, Inc.* |

## ORDER

IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will take place on _____July 22_____, 2015 at 9:30 a.m.    A request for an exception to the above attendance requirements must be filed and served upon all parties at least fourteen (14) days prior to the ENE session.

Written evaluation statements shall be submitted directly to my chambers, Room 3071, not later than 4:00 p.m. on _____July 15_____, 2015, which is seven (7) days prior to the ENE session pursuant to LR 16-6(f).

DATE: March 20, 2015

_____
UNITED STATES MAGISTRATE JUDGE

2