# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NECO MURRAY,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>PACIFIC ARCHITECTS AND ENGINEERS, INC., et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:15-cv-0087-GMN-NJK<br><br>ORDER |

Pending before the Court is a motion to compel. Docket No. 37. The Court ORDERS that any response shall be filed no later than October 7, 2015. Any reply shall be filed no later than October 9, 2015.[1]

IT IS SO ORDERED.

DATED: October 1, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court is cognizant that the deadline to extend the discovery cutoff is October 5, 2015. *See* Docket No. 37 at 2. To the extent an extension is necessary based on the resolution of the pending motion, the Court will entertain requests for extension filed promptly after that resolution.