UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NECO MURRAY,<br><br>            Plaintiff(s),<br><br>vs.<br><br>C. MARTIN COMPANY, et al.,<br><br>            Defendant(s). | Case No. 2:15-cv-00087-GMN-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 41) |

Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 41. The Court hereby **SETS** a hearing on the motion for October 28, 2015, at 2:00 p.m. in Courtroom 3D. Plaintiff and Plaintiff's current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than October 14, 2015, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than October 21, 2015.

IT IS SO ORDERED.

DATED: October 13, 2015

                                                          _____
                                                          NANCY J. KOPPE
                                                          United States Magistrate Judge