# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NECO MURRAY,<br><br>    Plaintiff(s),<br><br>vs.<br><br>PACIFIC ARCHITECTS AND ENGINEERS INC., et al.,<br><br>    Defendant(s). | Case No. 2:15-cv-00087-GMN-NJK<br><br>ORDER<br><br>(Docket No. 44) |

  Pending before the Court is Defendant C. Martin Company's motion for attorneys' fees. Docket No. 44. Plaintiff filed a response in opposition, and Defendant filed a reply. Docket No. 48, 51. The Court hereby **SETS** that motion for hearing at 11:00 a.m. on November 20, 2015, in Courtroom 3A. <u>Plaintiff must appear at the hearing in person</u>. To that end, Plaintiff's counsel shall immediately notify him of this order and file a proof of service no later than November 16, 2015.

  **IT IS SO ORDERED.**

  DATED: November 13, 2015

                   _____
                   NANCY J. KOPPE
                   United States Magistrate Judge