UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NECO MURRAY,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>PACIFIC ARCHITECTS AND ENGINEERS INC., et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-00087-GMN-NJK<br><br>ORDER<br><br>(Docket No. 56) |

　　　Pending before the Court is a motion to withdraw filed by Plaintiff's counsel. Docket No. 56. For good cause shown, the motion to withdraw is hereby **GRANTED**. No later than December 23, 2015, Plaintiff shall file either a notice that he intends to proceed *pro se* or a notice of appearance by new counsel.

　　　The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address:

Neco Murray
1212 Bailey Drive
Las Vegas, Nevada 89106

**IT IS SO ORDERED.**

DATED: November 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge