UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NECO MURRAY,<br><br>               Plaintiff(s),<br><br>vs.<br><br>PACIFIC ARCHITECTS AND ENGINEERS INC., et al.<br><br>               Defendant(s). | Case No. 2:15-cv-00087-GMN-NJK<br><br>ORDER |

      Pending before the Court is a letter that was faxed by Arnold Weinstock, a prospective attorney for Plaintiff. The letter is attached hereto.

      "We expect an attorney practicing law in federal court to become familiar with and follow rules applicable to practice in this court." *Dela Rosa v. Scottsdale Memorial Health Sys., Inc.*, 136 F.3d 1241, 1244 (9th Cir. 1998). The faxed letter violates numerous rules of the Court, including the following:

      (1) facsimile filings are accepted only in death penalty cases, *see* Local Rule 5-2;

      (2) requests for relief must be styled as a motion or stipulation, *see, e.g.*, Fed. R. Civ. P. 5(b); and,

      (3) motions must be supported by a memorandum providing legal authority for the relief sought, *see, e.g.*, Local Rule 7-2(a).

Because the faxed letter violates these rules, the Court denies the relief sought therein. The Court further cautions Mr. Weinstock that he must comply with all applicable rules if he intends to practice law in this Court.

The Clerk's Office is **INSTRUCTED** to mail a copy of this order to Mr. Weinstock at the address provided in his letter.

**IT IS SO ORDERED.**

DATED: December 29, 2015

NANCY J. KOPPE
United States Magistrate Judge

# LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston, Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 474-0523
Fax: (702) 474-0631

December 23, 2015

Honorable Judge Nancy J. Koppe         Facsimile No.: (702) 464-5457
United States Magistrate Judge
333 Las Vegas Blvd., So. Rm. 3005
Las Vegas, NV 89101

Re.: Neco Murray v. Pacific Architects and Engineers Inc., et. al.
Case No. 2:15-cv-00087-GMN-NJK

Dear Judge Koppe:

That our office has recently been contacted by Mr. Neco Murray Plaintiff in the above referenced case, about our office representing him in this lawsuit. Mr. Murray brought in a very large volume of papers with him and it is necessary for us to fully review those documents for conflict before we can commit to representing Mr. Murray. Because of the holidays we are requesting until December 31, 2015 for us to file a Notice of Appearance or have Mr. Murray proceed pro se. I have discussed this with Defendants' counsel, Kathryn Branson, Esq., and she has no objection to this request. Hopefully, this will be acceptable to you.

Very truly yours,

Arnold Weinstock, Esq.

AW/slm
cc: Kathryn Branson, Esq.
    Neco Murray
    file

\\SBSSERVER\Mainserverdocs\Client Files\Civil\Murray, Neco\Ltr to Judge Koppe 12-23-15.wpd