| | |
|---|---|
| 1 | ANTHONY L. MARTIN |
| | Nevada Bar No. 08177 |
| 2 | anthony.martin@ogletreedeakins.com |
| 3 | Z. KATHRYN BRANSON |
| | Nevada Bar No. 11540 |
| 4 | kathryn.branson@ogletreedeakins.com |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 5 | Wells Fargo Tower |
| | Suite 1500 |
| 6 | 3800 Howard Hughes Parkway |
| 7 | Las Vegas, NV 89169 |
| | Telephone: 702.369.6800 |
| 8 | Fax: 702.369.6888 |
| | *Attorneys for C. Martin* |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NECO MURRAY, an individual, | Case No.: 2:15-cv-00087-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL OF CASE WITH PREJUDICE** |
| PACIFIC ARCHITECTS AND ENGINEERS, INC., a foreign corporation; C. MARTIN COMPANY, a foreign corporation; JOHN PRICE, individually and in his capacity; JOHN CASTLE, individually and in his capacity; DOES 1-10; and ROE Corporations A through Z, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Defendant C. Martin Company, Inc. ("Defendant" or "C. Martin") and Plaintiff Neco Murray ("Plaintiff" or "Murray"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against the Defendants in this action, including C. Martin, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs.

DATED this ___19___ day of February, 2016.        DATED this ___19___ day of February, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____              _____
Dan Winder, Esq.                              Anthony L. Martin
Nevada Bar No. 01569                          Nevada Bar No. 08177
3507 W. Charleston Blvd.                      Z. Kathryn Branson, Esq.
Las Vegas, Nevada 89102                       Nevada Bar No. 11540
*Attorneys for Neco Murray*                   Wells Fargo Tower, Suite 1500
                                              3800 Howard Hughes Parkway
                                              Las Vegas, Nevada 89169
                                              *Attorneys for C. Martin Company, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: February 19, 2016